UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:05CR-268 (JBA) |
| | : | |
| v. | : | |
| | : | |
| JOHN M. LUCARELLI | : | March 26, 2007 |

### UNITED STATES' MOTION FOR RECONSIDERATION OF JUDGMENT OF ACQUITTAL

The Government respectfully moves the Court, pursuant to Rule 7(c) of the Local Rules of Civil Procedure for the District of Connecticut, incorporated by reference into the District's Local Rules of Criminal Procedure by Rule 1(c), to reconsider its order granting a judgment of acquittal on Counts 1 and 12.

The Government also respectfully moves, pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure, that the Court find the making of the motion for reconsideration provides good cause and thus extends the Government's time to file a notice of appeal for a period of 30 days from the time otherwise prescribed. A memorandum supporting the motion for reconsideration is filed herewith.

                                            Respectfully submitted,

                                            KEVIN J. O'CONNOR
                                            UNITED STATES ATTORNEY

                                            MICHAEL S. McGARRY
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Federal Bar No. CT25713
                                            157 Church Street, 23rd Floor
                                            New Haven, CT 06510
                                            (203) 821-3700
                                            michael.mcgarry@usdoj.gov

***ORAL ARGUMENT REQUESTED***

- 2 -

**CERTIFICATION**

    I hereby certify that on March 26, 2007, a copy of foregoing United States' Motion for Reconsideration of Judgment of Acquittal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

MICHAEL S. McGARRY
ASSISTANT U.S. ATTORNEY