# NOTICE OF APPEAL
## United States District Court
## District of Connecticut

**UNITED STATES OF AMERICA**

v.                                              Docket No. **3:05CR-268(JBA)**

**JOHN M. LUCARELLI**                 Hon. Janet Bond Arterton
                                         (District Court Judge)

Notice is hereby given that **the UNITED STATES OF AMERICA** appeals to the United States Court of Appeals for the Second Circuit from the judgment [_____], other [✔] **Ruling on Judgment of Acquittal or New Trial [Doc#163]**
                                                                        (Specify)

entered in this action on **June 21, 2007**
                               (Date)

Offense occurred after November 1, 1987.     Yes _✔___     No _____

This appeal concerns: Conviction only _✔___     Sentence only ___     No ____

Date July 23, 2007                          **MICHAEL S. McGARRY**
                                              (Counsel for Appellant)
TO:
                                         Address   UNITED STATES ATTORNEY'S OFFICE
                                                   157 CHURCH ST., 23RD FLOOR
                                                   NEW HAVEN, CT 06510
_____ADD ADDITIONAL PAGE (IF NECESSARY)_____     Telephone 203-821-3700

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ➤ QUESTIONNAIRE | ➤TRANSCRIPT ORDER - Form B ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [___] I am ordering a transcript<br>[✔] I am not ordering a transcript<br>Reason<br>[___] Daily copy is available<br>[✔] U. S. Attorney has placed order<br>[___] Other: Attached explanation | Prepare transcript of                        Dates<br>[___] Prepare proceedings _____<br>[___] Trial _____<br>[___] Sentencing _____<br>[___] Post-trial proceedings _____ |

The attorney certified that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP10(b)).
Method of payment [_____]   Funds [_____]   CJA Form 24 [_____]

**ATTORNEY'S SIGNATURE**                    **DATE**
/s/Michael S. McGarry                        July 23, 2007

| ➤COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals |
|---|---|
| Date order received | Estimated complete date | Estimated number of pages |
| | Date | Signature |

( Court Reporter)

## DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U. S. District Court                 4. U. S. Court of Appeals
2. Copy to U. S. Attorney's Office                  5. Court Reporter (District Court)
3. Copy to Defendant's Attorney

                                                                 USCA-2
                                                                 FORM A. Rev. 10-02

## CERTIFICATION

      I hereby certify that on July 23, 2007, foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/Michael S. McGarry
Michael S. McGarry
Assistant United States Attorney